IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 4:24-mj-53 (AGH)

CHARLES NELSON

_____

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

**(RECKLESS DRIVING - SPEED)**

VIOLATION NO. E2017074

That on or about March 28, 2024 on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **CHARLES NELSON** did unlawfully drive a motor vehicle at 97 miles per hour in a 55 mile per hour zone in reckless disregard for the safety of persons or property; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-390.

PETER D. LEARY
UNITED STATES ATTORNEY

/s/ Scott D. Gronsky
SCOTT D. GRONSKY
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Moore, Georgia 31905
(706) 545-1590
scott.d.gronsky.mil@army.mil